

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2016

No. 04-16-00506-CV

**IN THE INTEREST OF P.P.G.**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 1997-CI-06180
Honorable Larry Noll, Judge Presiding

# O R D E R

After this court granted Appellant's first motion for extension of time to file its brief, the brief was due on November 14, 2016. Before the due date, Appellant filed an unopposed second motion for extension of time to file its brief until December 14, 2016, for a total extension of sixty days.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court by December 14, 2016. *See* Tex. R. App. P. 38.6(d).

**NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.** If Appellant fails to file its brief as ordered, the court may dismiss this appeal for want of prosecution. *See id.* R. 38.8(a)(1), 42.3(b),(c).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2016.

Keith E. Hottle
Clerk of Court